Mch 4/27/2021

FILED ___ ENTERED
LOGGED ___ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAY 1 3 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASOMAH MAAMAH,<br><br>Defendant. | CRIMINAL NO. GLR 21-cr-167<br><br>(Conspiracy to Knowingly Transport Stolen Vehicles, 18 U.S.C. §§ 371, 2312; Knowing Transportation of Stolen Vehicles, 18 U.S.C. § 2312; Forfeiture, 18 U.S.C. § 982(a)(5), 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |

## INFORMATION

### COUNT ONE

(Conspiracy to Knowingly Transport Stolen Vehicles)

The United States Attorney for Maryland charges that:

1. Beginning at least in or about October 2018 and continuing through at least in or about October 2019, in the District of Maryland and elsewhere, the defendant,

**ASOMAH MAAMAH**

knowingly and willfully conspired with others known and unknown to the United States to commit an offense against the United States, that is, forming an agreement with others to knowingly transport in interstate and foreign commerce motor vehicles, knowing the same to have been stolen, in violation of Title 18, United States Code, Section 2312.

### Object of the Conspiracy

2. It was the object of the conspiracy to transport stolen vehicles across state lines, including from Oregon, and internationally, including to Africa, using international shipping companies for the purpose of making a profit from the subsequent sale of those vehicles.

## Manner and Means of the Conspiracy

3. It was part of the conspiracy that **Maamah** and others known and unknown caused cars to be stolen and fraudulently obtained in the United States. This included the theft of vehicles directly from victims, the fraudulent purchase of vehicles, and fraudulently renting a vehicle that was never returned to the rental car company.

4. It was further part of the conspiracy that, after causing the vehicles to be stolen and fraudulently obtained, Maamah, and others known and unknown would transport said vehicles across state lines into Maryland.

5. It was further part of the conspiracy that, after causing the vehicles to be stolen and fraudulently obtained, **Maamah**, and others known and unknown would create false and fraudulent paperwork to facilitate the shipment of the stolen and fraudulently obtained vehicles to foreign destinations, including to Africa.

6. It was further a part of the conspiracy that, after causing the vehicles to be stolen and fraudulently obtained, **Maamah**, and others known and unknown would take possession of the vehicles and hold them at locations, including residences, while awaiting to sell or ship internationally for sale, the stolen and fraudulently obtained vehicles.

7. It was further a part of the conspiracy that **Maamah** and his conspirators would load and cause to be loaded the stolen and fraudulently obtained vehicles into shipping containers for foreign exportation in and affecting interstate and foreign commerce.

8. It was further a part of the conspiracy that, after causing the vehicles to be stolen and fraudulently obtained, **Maamah** and other conspirators would arrange for the

stolen and fraudulently obtained vehicles to be shipped to destinations outside the United States, including to locations within Africa.

9. It was further a part of the conspiracy that **Maamah**, in an effort to conceal that the vehicles they sought to ship had been stolen and fraudulently obtained, presented false and fraudulent title information and misrepresented the natures of the vehicles to the shipping company.

10. It was further a part of the conspiracy that **Maamah**, in an effort to conceal the criminal scheme and enterprise, would represent himself to be a different identity and name that was not his own, which would **Maamah** would cause to be listed as the exporter on the dock receipt when declaring a vehicle for exportation.

11. It was further part of the conspiracy and scheme that **Maamah** would use electronic mail accounts to submit falsified and fraudulent paperwork to shipping companies through the internet.

12. It was further part of the conspiracy and scheme that **Maamah** and others known and unknown would communicate with one another via phone and text message, including messages through WhatsApp. Such messages would include photographs of stolen and fraudulently obtained vehicles.

13. **Maamah** participated personally in obtaining and causing to be transported, through the criminal conspiracy, no fewer than 17 vehicles, which had been fraudulently obtained and stolen, and presenting same for exporting from the United States, including those listed below:

| Vehicle Year | Vehicle Make | Vehicle Model | Vehicle Identification Number | Vehicle Value | Shipping Container Number | Date Presented For Export |
|---|---|---|---|---|---|---|
| 2017 | Mercedes | E300 | WDDZF4KB9HA070393 | $43,750 | GCNU4738361 | 10/29/2018 |
| 2017 | Mercedes | C43 | 55SWF6EB3HU194511 | $37,875 | GCNU4738361 | 10/29/2018 |
| 2018 | Land Rover | Range Rover | SALWR2RV7JA192967 | $89,688 | GCNU4738361 | 10/29/2018 |
| 2018 | Land Rover | Range Rover | SALYL2RV1JA725924 | $74,042 | ACLU9750216 | 11/20/2018 |
| 2016 | Mitsubishi | Outlander | JA4AD3AG0GZ064123 | $14,900 | ACLU9750216 | 11/20/2018 |
| 2019 | Toyota | Tundra | 5TFDY5F15KX787979 | $47,711 | ACLU9760528 | 11/23/2018 |
| 2018 | Honda | Accord Touring | 1HGCV1F91JA046122 | $31,799 | ACLU9460528 | 11/23/2018 |
| 2019 | Lexus | LX570 | JTJHY7AX2K4284224 | $89,166 | ACLU9667586 | 11/29/2018 |
| 2019 | Toyota | Avalon XLE | 4T1BZ1FB6KU008110 | $38,453 | ACLU9667586 | 11/29/2018 |
| 2018 | Ford | Raptor | 1FTFW1RG2JFE17682 | $54,416 | CAIU8570064 | 12/4/2018 |
| 2019 | Lexus | LX 570 | JTJHY7AX5K4286825 | $91,373 | CAIU8570064 | 12/4/2018 |
| 2010 | Jaguar | XF | SAJWA0FA5AHR60586 | $7,737 | GCNU4773573 | 12/4/2018 |
| 2017 | Infiniti | QX80 | JN8AZ2NE6H9158705 | $59,525 | GCNU4773573 | 12/4/2018 |
| 2019 | Toyota | CH-R | NMTKHMBX0KR070485 | $25,355 | GCNU1282278 | 12/6/2018 |
| 2016 | Mercedes | GL450 | 4JGED6EB5GA011583 | $49,825 | ACLU9737220 | 12/11/2018 |
| 2016 | Mercedes | GLE 63 AMG | 4JGED7FB1GA021631 | $62,850 | ACLU9737220 | 12/11/2018 |
| 2019 | Ram | Big Horn | 1C6RRFFG2KN866137 | $45,188 | CAIU3243280 | 10/1/2019 |

18 U.S.C. § 371
18 U.S.C. § 2312

4

Mch 4/27/2021

## COUNT TWO

(Knowing Transportation of Stolen Vehicles)

The United States Attorney for Maryland further charges that:

1. The allegations set forth in Count One are incorporated by reference herein.

2. Beginning at least in or about October 2018 and continuing through at least in or about October 2019, in the District of Maryland and elsewhere, the defendant,

## ASOMAH MAAMAH

did knowingly and willfully unlawfully transport, transmit, and transfer, and cause to be transported, transmitted, and transferred, in and affecting interstate and foreign commerce, stolen and fraudulently obtained motor vehicles listed below, knowing the same to be stolen and fraudulently obtained:

| Vehicle Year | Vehicle Make | Vehicle Model | Vehicle Identification Number | Vehicle Value | Shipping Container Number | Date Presented For Export |
|---|---|---|---|---|---|---|
| 2017 | Mercedes | E300 | WDDZF4KB9HA070393 | $43,750 | GCNU4738361 | 10/29/2018 |
| 2017 | Mercedes | C43 | 55SWF6EB3HU194511 | $37,875 | GCNU4738361 | 10/29/2018 |
| 2018 | Land Rover | Range Rover | SALWR2RV7JA192967 | $89,688 | GCNU4738361 | 10/29/2018 |
| 2018 | Land Rover | Range Rover | SALYL2RV1JA725924 | $74,042 | ACLU9750216 | 11/20/2018 |
| 2016 | Mitsubishi | Outlander | JA4AD3AG0GZ064123 | $14,900 | ACLU9750216 | 11/20/2018 |
| 2019 | Toyota | Tundra | 5TFDY5F15KX787979 | $47,711 | ACLU9760528 | 11/23/2018 |
| 2018 | Honda | Accord Touring | 1HGCV1F91JA046122 | $31,799 | ACLU9460528 | 11/23/2018 |
| 2019 | Lexus | LX570 | JTJHY7AX2K4284224 | $89,166 | ACLU9667586 | 11/29/2018 |
| 2019 | Toyota | Avalon XLE | 4T1BZ1FB6KU008110 | $38,453 | ACLU9667586 | 11/29/2018 |
| 2018 | Ford | Raptor | 1FTFW1RG2JFE17682 | $54,416 | CAIU8570064 | 12/4/2018 |
| 2019 | Lexus | LX 570 | JTJHY7AX5K4286825 | $91,373 | CAIU8570064 | 12/4/2018 |
| 2010 | Jaguar | XF | SAJWA0FA5AHR60586 | $7,737 | GCNU4773573 | 12/4/2018 |
| 2017 | Infiniti | QX80 | JN8AZ2NE6H9158705 | $59,525 | GCNU4773573 | 12/4/2018 |
| 2019 | Toyota | CH-R | NMTKHMBX0KR070485 | $25,355 | GCNU1282278 | 12/6/2018 |
| 2016 | Mercedes | GL450 | 4JGED6EB5GA011583 | $49,825 | ACLU9737220 | 12/11/2018 |
| 2016 | Mercedes | GLE 63 AMG | 4JGED7FB1GA021631 | $62,850 | ACLU9737220 | 12/11/2018 |
| 2019 | Ram | Big Horn | 1C6RRFFG2KN866137 | $45,188 | CAIU3243280 | 10/1/2019 |

18 U.S.C. § 2312
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further alleges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that, in the event of the defendant's conviction on Counts One or Two of this Information, the United States will seek forfeiture as a part of any sentence, in accordance with 18 U.S.C. § 982(a)(5), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c).

2. Upon conviction of the offenses charged in Counts One or Two of this Information, the defendant,

### ASOMAH MAAMAH

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(5), any property, real or personal, which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of such offense.

3. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond the jurisdiction of the Court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property up to the value of forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 982(a)(5)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

Date: 5/13/21

*Jonathan F. Lenzner*
JONATHAN F. LENZNER
ACTING UNITED STATES ATTORNEY