```
 1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
 2                      NORTHERN DIVISION

 3      UNITED STATES OF AMERICA,)
                                 )
 4           vs.                 )   CRIMINAL CASE NO. GLR-21-0167
                                 )
 5      ASOMAH MAAMAH,           )
             Defendant.          )
 6      _____ )

 7
                        Thursday, August 19, 2021
 8                          Courtroom 7A
                         Baltimore, Maryland
 9
                        SENTENCING HEARING
10

11      BEFORE:  THE HONORABLE GEORGE LEVI RUSSELL, III, Judge

12


13


14      For the Plaintiff:

15      Judson Mihok, Esquire
        Assistant United States Attorney
16
        For the Defendant:
17
        Joseph Balter, Esquire
18      Joseph Stiers, Esquire

19      Also Present:

20      Special Agent Roger Cochran
        Homeland Security Investigations
21      _____

22                         Reported by:

23                  Nadine M. Bachmann, RMR, CRR
                    Federal Official Court Reporter
24                  101 W. Lombard Street, 4th Floor
                     Baltimore, Maryland  21201
25                         410-962-4753
```

**P R O C E E D I N G S**

**(Hearing commenced at 2:02 p.m.)**

**THE COURT:**  Pursuant to the Court's masking policies as a result of the pandemic, everyone in the courtroom shall remain masked unless you are in a speaking role or position. And even the speaker in those circumstances can choose to remain masked.

So Mr. Mihok, why don't you call the case for me.

**MR. MIHOK:**  Yes, Your Honor.  I'd like to call the United States versus Asomah Maamah. It's assigned Criminal Number GLR 21-167. For the United States, Judson Mihok.  I'm joined by HSI Special Agent Roger Cochran and we're here and ready to proceed with the sentencing. Good afternoon, Your Honor.

**THE COURT:**  Good afternoon. Mr. Balter, always a pleasure, sir.

**MR. BALTER:**  Yes, Your Honor. Good afternoon. Joseph Balter along with Joseph Stiers, representing Asomah Maamah.

**THE COURT:**  All right, Mr. Stiers, good afternoon to you, sir. And Mr. Maamah, good afternoon to you.

We are here for the purposes of sentencing. The defendant previously pled guilty to Conspiracy to Commit Interstate and Foreign Transport of Motor Vehicles in violation of Title 18 United States Code § 371 and 2312. And Count Two, Knowingly Transporting Stolen Vehicles in violation

1   of Title 18 United States Code 2312. The parties seek to have

2   this Court bind itself to a term of imprisonment of 84 months.

3   The parties are not seeking to have me bind myself to any term

4   or condition of supervised release.

5           Mr. Balter, is that an accurate characterization on

6   why we are here?

7           **MR. BALTER:**  Yes, Your Honor.

8           **THE COURT:**  Mr. Maamah, I'm going to ask whether or

9   not you've had the opportunity to review the presentence

10  report that was generated in this case.

11          **THE DEFENDANT:**  Yes, sir.

12          **THE COURT:**  You're going to have to speak up and

13  clearly into the microphone.

14          **THE DEFENDANT:** Yes, Your Honor.

15          **THE COURT:**  Have you had the opportunity to speak to

16  your attorney, Mr. Balter, about that report?

17          **THE DEFENDANT:**  Yes, Your Honor.

18          **THE COURT:**  And were all of your questions answered?

19          **THE DEFENDANT:**  Yes, Your Honor.

20          **THE COURT:**  All right. I've had the opportunity to

21  review the report as well. I've also reviewed the United

22  States sentencing memoranda, as well as the sentencing

23  memoranda that was submitted by Mr. Balter. I've also had the

24  opportunity to review the victim impact statements that were

25  provided to me by the U.S. Attorney. After reviewing all of

 1    that material, I'm going to go ahead and bind myself -- Mr.

 2    Maamah, cover your face with your mask, please, when you're

 3    not speaking. I've had the opportunity to review all of that

 4    material and in light of my reviewing of the material, I will

 5    go ahead and bind myself to the 84-month sentence that is

 6    requested by the parties. And as a result, sir, I'm going to

 7    formally find you guilty as to Counts One and Two of the

 8    indictment.

 9           There appear to be no disputes with regard to the

10    United States Sentencing Guidelines. Counts One and Two are

11    grouped together pursuant to 2D1.2(d) and 2B1.1. The offense

12    level -- base offense level is determined by the amount of the

13    loss pursuant to 3D1.2(d) and 3D1.3(b). The base offense level

14    in this case is 6, pursuant to United States Sentencing

15    Guideline 2B1.1(a)(2). The amount of the loss is $863,000 --

16    or intended loss is $863,653.  Pursuant to 2B1.1(b)(1)(H) 14

17    additional levels are added. Due to the number of victims,

18    namely ten or more victims, pursuant to 2B1.1(b)(2)(A)(i), two

19    additional levels are added. Because the offense involved

20    receiving stolen property and the defendant was in the

21    business of receiving and selling stolen property pursuant to

22    2B1.1(b)(4), two additional levels are added. Finally, because

23    the offense involved an organized scheme to steal or receive

24    stolen vehicles pursuant to 2B1.1(b)(15) two additional levels

25    are added.

1    When we add all of those levels, we come to a total

2    of 26, minus two levels for acceptance of responsibility. The

3    Government is making a motion for an additional one level; is

4    that correct, Mr. Mihok?

5        **MR. MIHOK:**  Yes, Your Honor.

6        **THE COURT:**  Noted and granted because of the

7    defendant's timely acceptance of responsibility. That reduces

8    the offense level to 23.

9        Looking at the defendant's criminal history, he has

10   accumulated a total of eight Criminal History Category points,

11   arising out of convictions including a 2014 conviction for

12   counterfeit plates; an unauthorized use conviction in 2014; an

13   unlawful taking of a motor vehicle conviction in 2015, as well

14   as receiving stolen property and bad checks conviction in

15   2017. He was on probation at the time that the instant offense

16   occurred so two additional criminal history points are added,

17   raising the total number of criminal history points to 10

18   which would correspond with a Criminal History Category of

19   Roman Numeral V. As a result, the offense level at 23,

20   Criminal History Category V is 84 to 105 months.

21       Mr. Balter, is that an accurate characterization of

22   the sentencing guidelines range in this case?

23       **MR. BALTER:**  Yes, Your Honor.

24       **THE COURT:**  All right. This portion of the

25   proceeding will be sealed and shall remain sealed until I

```
 1      order otherwise.
 2                 (Conference at the bench.)
 3           (It is the policy of this Court that every guilty
 4            plea and sentencing proceeding include a bench
 5            conference concerning whether the defendant is
 6            or is not cooperating.)
 7                 THE COURT:  This will conclude the sealed portion of
 8      this record.
 9                 Mr. Mihok, I've had the opportunity to review your
10      sentencing memoranda. I note that there's a C plea in this
11      case of 84 months which is the low end of the particular
12      applicable guideline range. I'll be more than happy to hear
13      from you with regard to anything further you'd like to present
14      for sentencing.
15                 MR. MIHOK:  Your Honor, I just want to note as
16      indicated -- and the Court has already referenced the victim
17      impact statements that were submitted. We've complied with our
18      obligations under the Victim Rights Act and regarding
19      restitution, there is restitution of $195,281.20. I've handed
20      up to the courtroom deputy information specific to each
21      restitution claim, the address where it needs to go and to
22      whose attention.  And it even included contact information in
23      the form of either an e-mail address or a phone number if
24      there were any issues getting in touch with the various
25      victims that are owed restitution at this point.
```

1          **THE COURT:**  Let me stop you.  Mr. Balter, the

2    defense is not contesting any of those restitution amounts?

3          **MR. BALTER:**  That's correct, Your Honor.

4          **THE COURT:**  Okay, very good.

5          **MR. MIHOK:**  The only other thing, Your Honor, as

6    you've already pointed out, the defendant is a Criminal

7    History Category V. The Court has provided a summary of the

8    defendant's criminal history which is also detailed at pages 9

9    through 17 of the presentence investigation report.

10          The defendant is a naturalized U.S. citizen, so we

11    are asking for a period of three years of supervised release.

12    Given the defendant's criminal history, his repeated conduct

13    and contact with law enforcement, especially as it relates to

14    schemes to, you know, export stolen cars and re-plating stolen

15    cars and being in possession of unregistered and untitled

16    vehicles. You know, just a pattern we see over and over again.

17    And Mr. Maamah's criminal history.  We feel that three years

18    of supervised release is the appropriate amount of supervised

19    release in this case.

20          I don't want to amplify or repeat things that I've

21    already stated in the sentencing memorandum.  Unless the Court

22    has any further questions for me, that's all I have.

23          **THE COURT:**  Thank you very much, Mr. Mihok.

24          Mr. Balter, I'll be more than happy to hear from

25    you. I've reviewed your sentencing memoranda, as always, and

1      I'll be more than happy to hear from you, sir.

2              **MR. BALTER:**  Yes, Your Honor, just very briefly.  As

3      the Court is aware, this is a C plea. I join in the

4      Government's recommendation for the imposition of a sentence

5      of 84 months in this particular case.

6              In terms of Mr. Maamah's background, he's a

7      49-year-old individual. He's a native of Ghana.  He emigrated

8      to the United States about 25 years ago in 1996.  He became

9      naturalized in 2008.

10             His educational background is he went to high school

11     in Ghana. He came to Maryland and spent some time in Howard

12     Community College. He did some studies there and intends to

13     continue his interest in petroleum engineering.

14             He has some employment that's reported in the PSR.

15     He has worked for a Home Depot for a period of time. He worked

16     for Compaq Computers for a period of time.

17             He does suffer a variety of health issues. In 2001

18     he had a very, very serious injury on a forklift which has

19     caused him chronic pain ever since and, in fact, that was one

20     of the reasons why he succumbed to drug abuse in the later

21     years, partially for the reason of just getting some relief

22     for the pain.

23             Since he has been detained following his initial

24     arrest, unfortunately he contracted COVID while he was being

25     detained in the district. He suffers from high blood pressure,

1    high cholesterol. He believes he has ongoing heart issues. He

2    suffered serious weight loss issues since he has been detained

3    pretrial.

4            His substance abuse is contained with -- is recited

5    in the PSR, but I'll repeat. He has abused marijuana.  He has

6    had drinking problems at times which have led to his

7    intoxication and abuse. Most recently he has had abuse of both

8    Percocet and Oxycodone which he basically self-medicated for

9    his ankle pain which was a result of the forklift accident, as

10   well as managing stress. And we are going to be making the

11   recommendation, Your Honor, that the Court recommend that he

12   go into the RDAP program with the Bureau of Prisons. He very

13   much wants to be able to deal with his problems with substance

14   abuse.

15           Your Honor, he has actually a very, very strong

16   family.  Some of his family members are in Ghana, some of his

17   family members are here in the U.S. We've attached five

18   letters to -- five letters from family members to our

19   sentencing submission.  And each one of them they refer to Mr.

20   Maamah as being a very kind, gentle and attentive member of

21   the family. Everyone hopes that he can right his ways and

22   rehabilitate himself.  And each one of his family members has

23   requested the Court exercise leniency on his behalf.

24   Especially I think the family members are concerned about Mr.

25   Maamah's father who is 70 years old in Ghana and suffering in

1    poor health at this time.

2         Your Honor, Mr. Maamah deeply regrets his conduct in

3    this case. In our many conversations with counsel he has

4    indicated to us on repeated occasions that he has every

5    intention of rehabilitating himself and becoming a

6    responsible, law-abiding member of the community once he

7    serves his sentence.

8         So applying the 3553 factors, Your Honor, first of

9    all with regard to seriousness of the offense, 84 months

10   reflects a substantial -- is a very, very significant sentence

11   and it reflects the seriousness of this offense.

12        Specific deterrence, Mr. Maamah never had a sentence

13   previously that came anywhere close to the sentence the Court

14   is going to impose in this case, so I believe he certainly

15   will be personally deterred. Other members of the community

16   who might consider engaging in this kind of conduct are

17   certainly also going to be deterred based on what they see was

18   the sentence that is imposed in this case.

19        With respect to safety in the community, obviously

20   this is a non-violent crime, so the physical safety of the

21   community is not involved. Because of the fact that Mr. Maamah

22   will be specifically deterred himself from engaging in further

23   unlawful conduct following his release, the community will be

24   adequately protected at the end of his sentence.

25        So with respect to our specific recommendations to

1   go into the sentencing judgment, with regard to a Bureau of

2   Prisons recommendation, his first request is for the

3   Cumberland minimum security.  The second alternative request

4   would be for Morgantown, West Virginia minimum security. We're

5   going to make a recommendation for supervised release of two

6   years, Your Honor. And the PSR reflects the fact that he has

7   been detained since March 4th of 2020.  And we would request

8   that the Court order him to get jail credits from that date.

9   And, of course, again repeating that we're requesting the

10   Court recommend that he go into the RDAP program.

11          **THE COURT:**  No objection to the start date of his

12   credit?

13          **MR. MIHOK:**  Your Honor, the only issue and I'm

14   recalling this and consulting with Agent Cochran, there was a

15   period of time where the defendant attended proceedings and

16   received a sentence in York, Pennsylvania.  And I'm just

17   trying to remember the timing of that. I'm sure the Bureau of

18   Prisons will give credit as it's due to Mr. Maamah, but that's

19   the only hesitation I have in rolling it all the way back to

20   the first day that he came into our custody.

21          **MR. BALTER:**  Your Honor, he did go up to

22   Pennsylvania for a while. There's a couple things about that.

23   First of all, he told me while he was in Pennsylvania he was

24   put in maximum security facilities. He understood that he was

25   actually in federal facilities in Pennsylvania. I have no way

1    of being able to ferret that out exactly what the status of

2    who the custodian was at that point, but he did go up for

3    state proceedings. I would just request the Court put in there

4    that start date and then if there's any --

5            THE COURT:  What I'll do is I'll put it in terms of

6    a recommendation of a start date of X, Y and Z and if the

7    Bureau of Prisons decides that that is not accurate or he's

8    entitled to a month or two credit, then he'll get a month or

9    two credit.

10           MR. BALTER:  That's what I would be requesting, Your

11   Honor --

12           THE COURT:  Or if he's not entitled to any credit,

13   he won't be getting any credit.

14           MR. BALTER:  That's correct. The Bureau of Prisons

15   will resolve that issue.

16           THE COURT:  I thought you put in a recommendation

17   for FMC Carswell or FMC Fort Worth.

18           MR. BALTER:  We did, Your Honor. And since

19   consulting with Mr. Maamah since that date he frankly has

20   indicated he would rather stay in close proximity to the

21   Maryland area, rather than going down to -- rather than going

22   down to Texas. And I think we also -- our recommendations are

23   based on he wanted to go to facilities that offered the RDAP

24   program as they do.

25           THE COURT:  Okay. All right, thank you. So in

1    essence, I'm going to put in a recommendation for him to get

2    credit for time served from the date that was referenced by

3    Mr. Balter. We'll put in a recommendation of Cumberland or

4    Morgantown. The $195,281.20 will be for the restitution.

5    You've got the proposed victims there. I'm going to recommend

6    RDAP, vocational training in petroleum engineering. I'm also

7    going to recommend mental health treatment and evaluation. Is

8    that right, Mr. Balter?

9            **MR. BALTER:**  Yes.

10           **THE COURT:**  So applying the 3553(a) factors, the

11   defendant is 49 years old and he has accepted responsibility.

12   He is educated. He has some college. There are no dependents.

13   He is a naturalized born citizen in Ghana. You guys are okay?

14           **MR. BALTER:**  Yeah, one moment. The Government did

15   point out I believe the Court should --

16           **THE COURT:**  Allocution.

17           **MR. BALTER:**  Ask whether or not --

18           **THE COURT:**  Thank you very much. Thank you, Mr.

19   Mihok.

20           Mr. Maamah, you have the opportunity to speak to me

21   prior to the imposition of sentence. You don't have to say

22   anything, but if you'd like to say something, I'll be more

23   than happy to hear from you, sir.

24           **THE DEFENDANT:**  I'd like to thank everybody,

25   including everybody in the courtroom, including Mr. Roger for

1    getting me out of the street, saving my life and I'll try to

2    be a law-abiding person when I'm done with my sentence. Thank

3    you very much, Mr. Cochran.

4              **THE COURT:**   Thank you, sir. Thank you very much.

5              **THE DEFENDANT:**   Okay, and I'm going to help like --

6    okay, thank you very much.

7              **THE COURT:**   Thank you, sir. Now I'm ready. Thank

8    you, Mr. Mihok. When I see you two consulting I want to make

9    sure -- that's why I immediately stopped.

10             Applying the 3553(a) factors, the defendant presents

11   as 49 years old. He has accepted responsibility. He has some

12   college education. He does not have any dependents. He's a

13   naturalized United States citizen born in Ghana.

14             As indicated in the defense memoranda, he had a very

15   good childhood. He's very close to his family. Late in life he

16   had some contact with the criminal justice system arising at

17   least in part out of substance abuse history from consuming

18   opioids after a work-related accident.

19             His physical condition is questionable. He suffers

20   from an undiagnosed weight loss and also has blood pressure

21   and other cardiac issues.

22             He does have prior contact with the criminal justice

23   system arising out of fraudulent activity and specifically

24   related to automobile identification and document fraud.

25             He is certainly capable of maintaining steady

 1  employment.

 2          I will note he has expressed remorse for his

 3  conduct, but I also believe there may be some mental health

 4  and substance abuse issues which may have contributed to this

 5  criminal conduct.

 6          The nature and circumstances of the offense are very

 7  serious. He engaged in an elaborate scheme, fraud scheme to

 8  steal almost a million dollars worth of vehicles and ship them

 9  out of the country. He created false, fraudulent paperwork to

10  obtain approval through customs and deceive shipping

11  companies.

12          Certainly this offense was driven by financial

13  greed, but also poor decision-making due to an opioid

14  addiction.

15          I would note that he has several previous

16  convictions for similar fraud schemes. But at the end of the

17  day, he profited very little from this criminal conduct.

18          Of course the offense is very serious. The victim

19  impact statements themselves speak to both the financial

20  distress that resulted, fear and inconvenience that resulted

21  from the thefts of these automobiles. You did some real

22  damage.

23          The Court also notes the presentence incarceration

24  conditions and that the defendant did, indeed, contract the

25  COVID virus.

1          There is a need for deterrence and to deter others

2     like the defendant. This is certainly a significant sentence

3     as pointed out by defense counsel. It's the Court's hope that

4     with substance abuse and mental health treatment and

5     additional vocational training, the defendant will be at a

6     lower risk of reoffending.

7          The guideline range for an offense level 23,

8     Criminal History Category V is a range of between 84 and 105

9     months. The sentence that I'm going to impose in the range is

10    less than 24 months.

11         The sentence that is sufficient, but not greater

12    than necessary to comply with the purposes set out in Title 18

13    United States Code § 3553(a)(2) is 60 months as to Count One.

14    As to Count Two, 84 months. That's going to run concurrent.

15         As indicated, I'm going to recommend the Residential

16    Drug Treatment Program, vocational training in petroleum

17    engineering, as well as mental health treatment. I am going to

18    impose a term of supervised release of three years as to each

19    one of the counts to run concurrently. The supervised release

20    term is appropriate because of the defendant's previous

21    criminal history, noncompliance with supervision, the pattern

22    of fraudulent behavior, including that of automobiles.  I

23    believe that the three-year condition will be appropriate in

24    allowing the defendant to receive the supervision necessary to

25    prevent him from committing further crimes.

1          In addition to the standard conditions of supervised

2     release, I'm going to impose special conditions of supervised

3     release.  Namely, Mr. Maamah is going to pay $200 in special

4     assessments, $100 for each count of conviction.

5          You must submit to substance abuse testing to

6     determine if you've used a prohibited substance. You must

7     participate in a substance abuse treatment program and follow

8     the rules and regulations of that program. The probation

9     officer will supervise your participation in the program:

10    Provider, location, modality, duration, intensity, et cetera.

11    You must participate in a mental health treatment program and

12    follow the rules and regulations of that program. The

13    probation officer in consultation with the treatment provider

14    will supervise your participation in the program:  Provider,

15    location, modality, duration, intensity, et cetera. You must

16    provide the probation officer with access to any requested

17    financial information and authorize the release of any

18    financial information. The probation officer may share

19    financial information with the U.S. Attorney's office. I'm not

20    going to impose a fine because the defendant does not have the

21    ability to pay. There is a restitution award which will be

22    agreed to.

23          Mr. Mihok?

24          **MR. MIHOK:**  Your Honor, I'm in the process of

25    responding to a brief that addressed the Rogers decision out

1   of the Fourth Circuit recently.  And my understanding of that

2   decision and actually the specific issue raised in that appeal

3   in the other case was that the standard conditions, those 13

4   conditions was not read aloud to the defendant. I don't know

5   if this Court has a procedure where there's a standing order

6   that says these are the standard conditions and therefore we

7   could just reference the standing order, but absent that I

8   believe Rogers stands for the proposition that those standard

9   conditions need to be read to the defendant. The mandatory

10  conditions no because the defendant can't object, doesn't have

11  standing or there's no ability to object or affect the outcome

12  by eliciting or putting the mandatory conditions, but that

13  those standard conditions of supervision which are in almost

14  every case, 13 conditions, my understanding of the reading of

15  Rogers and the objection, the appeal that's being raised in

16  this other case that I'm currently handling is that those have

17  to be specifically put on the record.

18           THE COURT:  What I've done is and what my practice

19  has been generally is the defendant -- years ago they weren't

20  included in the presentence report. And now they are included

21  in the presentence report. The defendant has recognized and

22  read those standard and mandatory conditions; is that correct,

23  sir?

24           THE DEFENDANT:  Yes.

25           THE COURT:  All right.  And Mr. Balter, you're

```
 1    confident that your client has read those mandatory and
 2    standard conditions; is that correct?
 3              MR. BALTER:  Yes, Your Honor.
 4              THE COURT:  And you understand them; is that
 5    correct, sir?
 6              THE DEFENDANT:  Yes, sir.
 7              THE COURT:  And you wholeheartedly agree to all of
 8    them; is that correct, sir?
 9              THE DEFENDANT:  Yes, Your Honor.
10              THE COURT:  I think that that admonishment and the
11    adoption should be sufficient to cover the notice necessary
12    for those individual conditions, at least I'm fairly confident
13    of it.
14              MR. MIHOK:  I hope it does, Your Honor.
15              THE COURT:  And you don't have any questions about
16    the standard conditions of supervision or the mandatory
17    conditions of supervision; is that correct?
18              THE DEFENDANT:  Yes, Your Honor.
19              THE COURT:  And you read each and every one of them?
20              THE DEFENDANT:  Yes, Your Honor.
21              THE COURT:  So there's no need for me to read them
22    out loud to you again?
23              THE DEFENDANT:  Yes, Your Honor.
24              THE COURT:  All right, I think that that should pass
25    Fourth Circuit muster. If not, we'll see.
```

1           **MR. MIHOK:**  Maybe we'll be back. I don't know.

2           **THE COURT:**  We'll go through the exercise, but --

3           **MR. MIHOK:**  Okay.

4           **THE COURT:**  So -- where was I? It was $195,281.20.

5  There will be a special assessment in the amount of $200 that

6  will be imposed. I'm not going to impose a fine because the

7  defendant does not have the ability to pay. Forfeiture is not

8  applicable; is that correct?

9           **MR. MIHOK:**  That's correct.

10          **THE COURT:**  I'm going to recommend a Bureau of

11  Prisons facility in Cumberland and Morgantown.

12        The sentence does fall within the guideline range

13  and it is appropriate in light of the sentencing guidelines

14  and all the factors set out in Title 18 United States Code

15  § 3553(a).

16        Are there any open counts to be dismissed, Mr.

17  Mihok?

18          **MR. MIHOK:**  No, Your Honor.

19          **THE COURT:**  All right. Mr. Maamah, you have the

20  opportunity, 14 days to file an appeal of your conviction if

21  you believe your guilty plea was somehow unlawful or

22  involuntary or there's some other fundamental defect in the

23  proceeding that wasn't waived by your guilty plea. You may

24  also appeal your sentence if you believe the sentence was

25  unlawful. And of course you reserve any rights not otherwise

```
 1    waived by your guilty plea.
 2              The defendant will remain detained. A judgment and
 3    commitment order will be prepared. A statement of reasons will
 4    be prepared and these records, along with the other
 5    appropriate records of sentencing will be filed with the
 6    United States Sentencing Commission, as well as the United
 7    States Bureau of Prisons in this case.
 8              Counsel, is there anything else we can handle
 9    productively before we conclude?
10              MR. MIHOK:  Not from the Government's perspective.
11              THE COURT:  Mr. Balter?
12              MR. BALTER:  No, Your Honor. Thank you.
13              THE COURT:  Thank you very much.
14              (Proceeding concluded at 2:35 p.m.)
15
16
17
18
19
20
21
22
23
24
25
```

1              **CERTIFICATE OF OFFICIAL REPORTER**

2

3

4

5           I, Nadine M. Gazic, Certified Realtime Reporter and

6   Registered Merit Reporter, in and for the United States

7   District Court for the District of Maryland, do hereby

8   certify, pursuant to 28 U.S.C. § 753, that the foregoing is a

9   true and correct transcript of the stenographically-reported

10  proceedings held in the above-entitled matter and that the

11  transcript page format is in conformance with the regulations

12  of the Judicial Conference of the United States.

13

14                      Dated this <u>26th</u> day of <u>October, 2021</u>.

15

16                     -S-

17                    _____

18                  NADINE M. GAZIC, CRR, RMR
                      FEDERAL OFFICIAL COURT REPORTER

19

20

21

22

23

24

25

## $

**$100** [1] - 17:4
**$195,281.20** [3] - 6:19, 13:4, 20:4
**$200** [2] - 17:3, 20:5
**$863,000** [1] - 4:15
**$863,653** [1] - 4:16

## 1

**10** [1] - 5:17
**101** [1] - 1:24
**105** [2] - 5:20, 16:8
**13** [2] - 18:3, 18:14
**14** [2] - 4:16, 20:20
**17** [1] - 7:9
**18** [4] - 2:24, 3:1, 16:12, 20:14
**19** [1] - 1:7
**1996** [1] - 8:8

## 2

**2001** [1] - 8:17
**2008** [1] - 8:9
**2014** [2] - 5:11, 5:12
**2015** [1] - 5:13
**2017** [1] - 5:15
**2020** [1] - 11:7
**2021** [2] - 1:7, 22:14
**21-167** [1] - 2:11
**21201** [1] - 1:24
**23** [3] - 5:8, 5:19, 16:7
**2312** [2] - 2:24, 3:1
**24** [1] - 16:10
**25** [1] - 8:8
**26** [1] - 5:2
**26th** [1] - 22:14
**28** [1] - 22:8
**2:02** [1] - 2:2
**2:35** [1] - 21:14
**2B1.1** [1] - 4:11
**2B1.1(a)(2)** [1] - 4:15
**2B1.1(b)(1)(H** [1] - 4:16
**2B1.1(b)(15** [1] - 4:24
**2B1.1(b)(2)(A)(i** [1] - 4:18
**2B1.1(b)(4** [1] - 4:22
**2D1.2(d** [1] - 4:11

## 3

**3553** [1] - 10:8
**3553(a** [2] - 13:10, 14:10
**3553(a)** [1] - 20:15
**3553(a)(2** [1] - 16:13
**371** [1] - 2:24

## 3D

**3D1.2(d** [1] - 4:13
**3D1.3(b)** [1] - 4:13

## 4

**410-962-4753** [1] - 1:25
**49** [2] - 13:11, 14:11
**49-year-old** [1] - 8:7
**4th** [2] - 1:24, 11:7

## 6

**6** [1] - 4:14
**60** [1] - 16:13

## 7

**70** [1] - 9:25
**753** [1] - 22:8
**7A** [1] - 1:8

## 8

**84** [7] - 3:2, 5:20, 6:11, 8:5, 10:9, 16:8, 16:14
**84-month** [1] - 4:5

## 9

**9** [1] - 7:8

## A

**abiding** [2] - 10:6, 14:2
**ability** [3] - 17:21, 18:11, 20:7
**able** [2] - 9:13, 12:1
**above-entitled** [1] - 22:10
**absent** [1] - 18:7
**abuse** [10] - 8:20, 9:4, 9:7, 9:14, 14:17, 15:4, 16:4, 17:5, 17:7
**abused** [1] - 9:5
**acceptance** [2] - 5:2, 5:7
**accepted** [2] - 13:11, 14:11
**access** [1] - 17:16
**accident** [2] - 9:9, 14:18
**accumulated** [1] - 5:10
**accurate** [3] - 3:5, 5:21, 12:7
**Act** [1] - 6:18
**activity** [1] - 14:23
**add** [1] - 5:1
**added** [5] - 4:17, 4:19, 4:22, 4:25, 5:16
**addiction** [1] - 15:14
**addition** [1] - 17:1
**additional** [7] - 4:17, 4:19, 4:22, 4:24, 5:3, 5:16, 16:5
**address** [2] - 6:21, 6:23
**addressed** [1] - 17:25
**adequately** [1] - 10:24
**admonishment** [1] - 19:10
**adoption** [1] - 19:11
**affect** [1] - 18:11
**afternoon** [5] - 2:13, 2:15, 2:17, 2:19, 2:20
**Agent** [3] - 1:20, 2:12, 11:14
**ago** [2] - 8:8, 18:19
**agree** [1] - 19:7
**agreed** [1] - 17:22
**ahead** [2] - 4:1, 4:5
**allocution** [1] - 13:16
**allowing** [1] - 16:24
**almost** [2] - 15:8, 18:13
**aloud** [1] - 18:4
**alternative** [1] - 11:3
**AMERICA** [1] - 1:3
**amount** [4] - 4:12, 4:15, 7:18, 20:5
**amounts** [1] - 7:2
**amplify** [1] - 7:20
**ankle** [1] - 9:9
**answered** [1] - 3:18
**appeal** [4] - 18:2, 18:15, 20:20, 20:24
**appear** [1] - 4:9
**applicable** [2] - 6:12, 20:8
**applying** [3] - 10:8, 13:10, 14:10
**appropriate** [5] - 7:18, 16:20, 16:23, 20:13, 21:5
**approval** [1] - 15:10
**area** [1] - 12:21
**arising** [3] - 5:11, 14:16, 14:23
**arrest** [1] - 8:24
**ASOMAH** [1] - 1:5
**Asomah** [2] - 2:10, 2:18
**assessment** [1] - 20:5
**assessments** [1] -

17:4
**assigned** [1] - 2:10
**Assistant** [1] - 1:15
**attached** [1] - 9:17
**attended** [1] - 11:15
**attention** [1] - 6:22
**attentive** [1] - 9:20
**Attorney** [2] - 1:15, 3:25
**attorney** [1] - 3:16
**Attorney's** [1] - 17:19
**August** [1] - 1:7
**authorize** [1] - 17:17
**automobile** [1] - 14:24
**automobiles** [2] - 15:21, 16:22
**award** [1] - 17:21
**aware** [1] - 8:3

## B

**Bachmann** [1] - 1:23
**background** [2] - 8:6, 8:10
**bad** [1] - 5:14
**Balter** [13] - 1:17, 2:15, 2:18, 3:5, 3:16, 3:23, 5:21, 7:1, 7:24, 13:3, 13:8, 18:25, 21:11
**BALTER** [14] - 2:17, 3:7, 5:23, 7:3, 8:2, 11:21, 12:10, 12:14, 12:18, 13:9, 13:14, 13:17, 19:3, 21:12
**Baltimore** [2] - 1:8, 1:24
**base** [2] - 4:12, 4:13
**based** [2] - 10:17, 12:23
**became** [1] - 8:8
**becoming** [1] - 10:5
**BEFORE** [1] - 1:11
**behalf** [1] - 9:23
**behavior** [1] - 16:22
**believes** [1] - 9:1
**bench** [2] - 6:2, 6:4
**between** [1] - 16:8
**bind** [4] - 3:2, 3:3, 4:1, 4:5
**blood** [2] - 8:25, 14:20
**born** [2] - 13:13, 14:13
**brief** [1] - 17:25
**briefly** [1] - 8:2
**Bureau** [7] - 9:12, 11:1, 11:17, 12:7, 12:14, 20:10, 21:7
**business** [1] - 4:21

## C

**capable** [1] - 14:25
**cardiac** [1] - 14:21
**cars** [2] - 7:14, 7:15
**Carswell** [1] - 12:17
**CASE** [1] - 1:4
**case** [14] - 2:8, 3:10, 4:14, 5:22, 6:11, 7:19, 8:5, 10:3, 10:14, 10:18, 18:3, 18:14, 18:16, 21:7
**Category** [5] - 5:10, 5:18, 5:20, 7:7, 16:8
**caused** [1] - 8:19
**certainly** [5] - 10:14, 10:17, 14:25, 15:12, 16:2
**CERTIFICATE** [1] - 22:1
**Certified** [1] - 22:5
**certify** [1] - 22:8
**cetera** [2] - 17:10, 17:15
**characterization** [2] - 3:5, 5:21
**checks** [1] - 5:14
**childhood** [1] - 14:15
**cholesterol** [1] - 9:1
**choose** [1] - 2:6
**chronic** [1] - 8:19
**Circuit** [2] - 18:1, 19:25
**circumstances** [2] - 2:6, 15:6
**citizen** [3] - 7:10, 13:13, 14:13
**claim** [1] - 6:21
**clearly** [1] - 3:13
**client** [1] - 19:1
**close** [3] - 10:13, 12:20, 14:15
**Cochran** [4] - 1:20, 2:12, 11:14, 14:3
**Code** [4] - 2:24, 3:1, 16:13, 20:14
**college** [2] - 13:12, 14:12
**College** [1] - 8:12
**commenced** [1] - 2:2
**Commission** [1] - 21:6
**Commit** [1] - 2:22
**commitment** [1] - 21:3
**committing** [1] - 16:25
**Community** [1] - 8:12
**community** [5] - 10:6, 10:15, 10:19, 10:21, 10:23

companies [1] - 15:11
Compaq [1] - 8:16
complied [1] - 6:17
comply [1] - 6:17
Computers [1] - 8:16
concerned [1] - 9:24
concerning [1] - 6:5
conclude [2] - 6:7, 21:9
concluded [1] - 21:14
concurrent [1] - 16:14
concurrently [1] - 16:19
condition [3] - 3:4, 14:19, 16:23
conditions [16] - 15:24, 17:1, 17:2, 18:3, 18:4, 18:6, 18:9, 18:10, 18:12, 18:13, 18:14, 18:22, 19:2, 19:12, 19:16, 19:17
conduct [7] - 7:12, 10:2, 10:16, 10:23, 15:3, 15:5, 15:17
Conference [2] - 6:2, 22:12
conference [1] - 6:5
confident [2] - 19:1, 19:12
conformance [1] - 22:11
consider [1] - 10:16
Conspiracy [1] - 2:22
consultation [1] - 17:13
consulting [3] - 11:14, 12:19, 14:8
consuming [1] - 14:17
contact [4] - 6:22, 7:13, 14:16, 14:22
contained [1] - 9:4
contesting [1] - 7:2
continue [1] - 8:13
contract [1] - 15:24
contracted [1] - 8:24
contributed [1] - 15:4
conversations [1] - 10:3
conviction [6] - 5:11, 5:12, 5:13, 5:14, 17:4, 20:20
convictions [2] - 5:11, 15:16
cooperating [1] - 6:6
correct [11] - 5:4, 7:3, 12:14, 18:22, 19:2, 19:5, 19:8, 19:17, 20:8, 20:9, 22:9
correspond [1] - 5:18

counsel [3] - 10:3, 16:3, 21:8
Count [3] - 2:25, 16:13, 16:14
count [1] - 17:4
counterfeit [1] - 5:12
country [1] - 15:9
Counts [2] - 4:7, 4:10
counts [2] - 16:19, 20:16
couple [1] - 11:22
course [3] - 11:9, 15:18, 20:25
COURT [41] - 1:1, 2:3, 2:15, 2:19, 3:8, 3:12, 3:15, 3:18, 3:20, 5:6, 5:24, 6:7, 7:1, 7:4, 7:23, 11:11, 12:5, 12:12, 12:16, 12:25, 13:10, 13:16, 13:18, 14:4, 14:7, 18:18, 18:25, 19:4, 19:7, 19:10, 19:15, 19:19, 19:21, 19:24, 20:2, 20:4, 20:10, 20:19, 21:11, 21:13, 22:18
Court [17] - 1:23, 3:2, 6:3, 6:16, 7:7, 7:21, 8:3, 9:11, 9:23, 10:13, 11:8, 11:10, 12:3, 13:15, 15:23, 18:5, 22:7
Court's [2] - 2:3, 16:3
Courtroom [1] - 1:8
courtroom [2] - 2:4, 6:20, 13:25
cover [2] - 4:2, 9:11
COVID [2] - 8:24, 15:25
created [1] - 15:9
credit [7] - 11:12, 11:18, 12:8, 12:9, 12:12, 12:13, 13:2
credits [1] - 11:8
crime [1] - 10:20
crimes [1] - 16:25
CRIMINAL [1] - 1:4
criminal [11] - 5:9, 5:16, 5:17, 7:8, 7:12, 7:17, 14:16, 14:22, 15:5, 15:17, 16:21
Criminal [2] - 6:10, 5:10, 5:18, 5:20, 7:6, 16:8
CRR [2] - 1:23, 22:18
Cumberland [3] - 11:3, 13:3, 20:11
custodian [1] - 12:2
custody [1] - 11:20
customs [1] - 15:10

D

damage [1] - 15:22
date [6] - 16:13, 11:11, 12:4, 12:6, 12:19, 13:2
Dated [1] - 22:14
days [1] - 20:20
deal [1] - 9:13
deceive [1] - 15:10
decides [1] - 12:7
decision [3] - 15:13, 17:25, 18:2
decision-making [1] - 15:13
deeply [1] - 10:2
defect [1] - 20:22
Defendant [2] - 1:5, 1:16
DEFENDANT [12] - 3:11, 3:14, 3:17, 3:19, 13:24, 14:5, 18:24, 19:6, 19:9, 19:18, 19:20, 19:23
defendant [20] - 2:22, 4:20, 6:5, 7:6, 7:10, 11:15, 13:11, 14:10, 15:24, 16:2, 16:5, 16:24, 17:20, 18:4, 18:9, 18:10, 18:19, 18:21, 20:7, 21:2
defendant's [5] - 5:7, 5:9, 7:8, 7:12, 16:20
defense [3] - 7:2, 14:14, 16:3
dependents [2] - 13:12, 14:12
Depot [1] - 8:15
deputy [1] - 6:20
detailed [1] - 7:8
detained [5] - 8:23, 8:25, 9:2, 11:7, 21:2
deter [1] - 16:1
determine [1] - 17:6
determined [1] - 4:12
deterred [3] - 10:15, 10:17, 10:22
deterrence [2] - 10:12, 16:1
dismissed [1] - 20:16
disputes [1] - 4:9
distress [1] - 15:20
DISTRICT [2] - 1:1, 1:1
District [2] - 22:7
district [1] - 8:25
DIVISION [1] - 1:2
document [1] - 14:24
dollars [1] - 15:8
done [2] - 14:2, 18:18
down [2] - 12:21,

12:22
drinking [1] - 9:6
driven [1] - 15:12
drug [1] - 8:20
Drug [1] - 16:16
due [4] - 4:17, 11:18, 15:13
duration [2] - 17:10, 17:15

E

e-mail [1] - 6:23
educated [1] - 13:12
education [1] - 14:12
educational [1] - 8:10
eight [1] - 5:10
either [1] - 6:23
elaborate [1] - 15:7
eliciting [1] - 18:12
emigrated [1] - 8:7
employment [2] - 8:14, 15:1
end [3] - 6:11, 10:24, 15:16
enforcement [1] - 7:13
engaged [1] - 15:7
engaging [2] - 10:16, 10:22
engineering [3] - 8:13, 13:6, 16:17
entitled [3] - 12:8, 12:12, 22:10
especially [2] - 7:13, 9:24
Esquire [3] - 1:15, 1:17, 1:18
essence [1] - 13:1
et [2] - 17:10, 17:15
evaluation [1] - 13:7
exactly [1] - 12:1
exercise [2] - 9:23, 20:2
export [1] - 7:14
expressed [1] - 15:2

F

face [1] - 4:2
facilities [3] - 11:24, 11:25, 12:23
facility [1] - 20:11
fact [3] - 8:19, 10:21, 11:6
factors [4] - 10:8, 13:10, 14:10, 20:14
fairly [1] - 19:12
fall [1] - 20:12
false [1] - 15:9
family [8] - 9:16, 9:17,

9:18, 9:21, 9:22, 9:24, 14:15
father [1] - 9:25
fear [1] - 15:20
Federal [1] - 1:23
FEDERAL [1] - 22:18
federal [1] - 11:25
ferret [1] - 12:1
file [1] - 20:20
filed [1] - 21:5
finally [1] - 4:22
financial [5] - 15:12, 15:19, 17:17, 17:18, 17:19
fine [2] - 17:20, 20:6
first [4] - 10:8, 11:2, 11:20, 11:23
five [2] - 9:17, 9:18
Floor [1] - 1:24
FMC [2] - 12:17
follow [2] - 17:7, 17:12
following [2] - 8:23, 10:23
FOR [1] - 1:1
foregoing [1] - 22:8
Foreign [1] - 2:23
forfeiture [1] - 20:7
forklift [2] - 8:18, 9:9
form [1] - 6:23
formally [1] - 4:7
format [1] - 22:11
Fort [1] - 12:17
Fourth [1] - 18:1, 19:25
frankly [1] - 12:19
fraud [3] - 14:24, 15:7, 15:16
fraudulent [3] - 14:23, 15:9, 16:22
fundamental [1] - 20:22

G

Gazic [1] - 22:5
GAZIC [1] - 22:18
generally [1] - 18:19
generated [1] - 3:10
gentle [1] - 9:20
GEORGE [1] - 1:11
Ghana [6] - 8:7, 8:11, 9:16, 9:25, 13:13, 14:13
given [1] - 7:12
GLR [1] - 2:11
GLR-21-0167 [1] - 1:4
Government [2] - 5:3, 13:14
Government's [2] - 8:4, 21:10

**granted** [1] - 5:6
**greater** [1] - 16:11
**greed** [1] - 15:13
**grouped** [1] - 4:11
**Guideline** [1] - 4:15
**guideline** [3] - 6:12, 16:7, 20:12
**Guidelines** [1] - 4:10
**guidelines** [2] - 5:22, 20:13
**guilty** [6] - 2:22, 4:7, 6:3, 20:21, 20:23, 21:1
**guys** [1] - 13:13

**H**

**handed** [1] - 6:19
**handle** [1] - 21:8
**handling** [1] - 18:16
**happy** [4] - 6:12, 7:24, 8:1, 13:23
**health** [7] - 8:17, 10:1, 13:7, 15:3, 16:4, 16:17, 17:11
**hear** [4] - 6:12, 7:24, 8:1, 13:23
**HEARING** [1] - 1:9
**Hearing** [1] - 2:2
**heart** [1] - 9:1
**held** [1] - 22:10
**help** [1] - 14:5
**hereby** [1] - 22:7
**hesitation** [1] - 11:19
**high** [3] - 8:10, 8:25, 9:1
**himself** [3] - 9:22, 10:5, 10:22
**history** [8] - 5:9, 5:16, 5:17, 7:8, 7:12, 7:17, 14:17, 16:21
**History** [5] - 5:10, 5:18, 5:20, 7:7, 16:8
**Home** [1] - 8:15
**Homeland** [1] - 1:20
**Honor** [31] - 2:9, 2:14, 2:17, 3:7, 3:14, 3:17, 3:19, 5:5, 5:23, 6:15, 7:3, 7:5, 8:2, 9:11, 9:15, 10:2, 10:8, 11:6, 11:13, 11:21, 12:11, 12:18, 17:24, 19:3, 19:9, 19:14, 19:18, 19:20, 19:23, 20:18, 21:12
**HONORABLE** [1] - 1:11
**hope** [2] - 16:3, 19:14
**hopes** [1] - 9:21
**Howard** [1] - 8:11

**HSI** [1] - 2:12

**I**

**identification** [1] - 14:24
**III** [1] - 1:11
**immediately** [1] - 14:9
**impact** [3] - 3:24, 6:17, 15:19
**impose** [6] - 10:14, 16:9, 16:18, 17:2, 17:20, 20:6
**imposed** [2] - 10:18, 20:6
**imposition** [2] - 8:4, 13:21
**imprisonment** [1] - 3:2
**IN** [1] - 1:1
**incarceration** [1] - 15:23
**include** [1] - 6:4
**included** [3] - 6:22, 18:20
**including** [4] - 5:11, 13:25, 16:22
**inconvenience** [1] - 15:20
**indeed** [1] - 15:24
**indicated** [5] - 6:16, 10:4, 12:20, 14:14, 16:15
**indictment** [1] - 4:8
**individual** [2] - 8:7, 19:12
**information** [5] - 6:20, 6:22, 17:17, 17:18, 17:19
**initial** [1] - 8:23
**injury** [1] - 8:18
**instant** [1] - 5:15
**intended** [1] - 4:16
**intends** [1] - 8:12
**intensity** [2] - 17:10, 17:15
**intention** [1] - 10:5
**interest** [1] - 8:13
**Interstate** [1] - 2:23
**intoxication** [1] - 9:7
**investigation** [1] - 7:9
**Investigations** [1] - 1:20
**involuntary** [1] - 20:22
**involved** [3] - 4:19, 4:23, 10:21
**issue** [3] - 11:13, 18:2
**issues** [6] - 6:24, 8:17, 9:1, 9:2, 14:21, 15:4

**itself** [1] - 3:2

**J**

**jail** [1] - 11:8
**join** [1] - 8:3
**joined** [2] - 2:12
**Joseph** [4] - 1:17, 1:18, 2:17, 2:18
**Judge** [1] - 1:11
**judgment** [2] - 11:1, 21:2
**Judicial** [2] - 12:12
**Judson** [2] - 1:15, 2:11
**justice** [2] - 14:16, 14:22

**K**

**kind** [2] - 9:20, 10:16
**Knowingly** [1] - 2:25

**L**

**late** [1] - 14:15
**law** [3] - 7:13, 10:6, 14:2
**law-abiding** [2] - 10:6, 14:2
**least** [2] - 14:17, 19:12
**led** [1] - 9:6
**leniency** [1] - 9:23
**less** [1] - 16:10
**letters** [1] - 9:18
**level** [7] - 4:12, 4:13, 5:3, 5:8, 5:19, 16:7
**levels** [6] - 4:17, 4:19, 4:22, 4:24, 5:1, 5:2
**LEVI** [1] - 1:11
**life** [2] - 14:1, 14:15
**light** [2] - 4:4, 20:13
**location** [2] - 17:10, 17:15
**Lombard** [1] - 1:24
**looking** [1] - 5:9
**loss** [5] - 4:13, 4:15, 4:16, 9:2, 14:20
**loud** [1] - 19:22
**low** [1] - 6:11
**lower** [1] - 16:6

**M**

**MAAMAH** [1] - 1:5
**Maamah** [14] - 2:10, 2:18, 2:20, 3:8, 4:2, 9:20, 10:2, 10:12, 10:21, 11:18, 12:19, 13:20, 17:3, 20:19

**Maamah's** [3] - 7:17, 8:6, 9:25
**mail** [1] - 6:23
**maintaining** [1] - 14:25
**managing** [1] - 9:10
**mandatory** [5] - 18:9, 18:12, 18:22, 19:1, 19:16
**March** [1] - 11:7
**marijuana** [1] - 9:5
**MARYLAND** [1] - 1:1
**Maryland** [5] - 1:8, 1:24, 8:11, 12:21, 22:7
**mask** [1] - 4:2
**masked** [2] - 2:5, 2:7
**masking** [1] - 2:3
**material** [3] - 4:1, 4:4
**matter** [1] - 22:10
**maximum** [1] - 11:24
**medicated** [1] - 9:8
**member** [2] - 9:20, 10:6
**members** [6] - 9:16, 9:17, 9:18, 9:22, 9:24, 10:15
**memoranda** [5] - 3:22, 3:23, 6:10, 7:25, 14:14
**memorandum** [1] - 7:21
**mental** [5] - 13:7, 15:3, 16:4, 16:17, 17:11
**Merit** [1] - 22:6
**microphone** [1] - 3:13
**might** [1] - 10:16
**Mihok** [10] - 1:15, 2:8, 2:11, 5:4, 6:9, 7:23, 13:19, 14:8, 17:23, 20:17
**MIHOK** [12] - 2:9, 5:5, 6:15, 7:5, 11:13, 17:24, 19:14, 20:1, 20:3, 20:9, 20:18, 21:10
**million** [1] - 15:8
**minimum** [2] - 11:3, 11:4
**minus** [1] - 5:2
**modality** [2] - 17:10, 17:15
**moment** [1] - 13:14
**month** [2] - 12:8
**months** [9] - 3:2, 5:20, 6:11, 8:5, 10:9, 16:9, 16:10, 16:13, 16:14
**Morgantown** [3] - 11:4, 13:4, 20:11

**most** [1] - 9:7
**motion** [1] - 5:3
**motor** [1] - 5:13
**Motor** [1] - 2:23
**MR** [26] - 2:9, 2:17, 3:7, 5:5, 5:23, 6:15, 7:3, 7:5, 8:2, 11:13, 11:21, 12:10, 12:14, 12:18, 13:9, 13:14, 13:17, 17:24, 19:3, 19:14, 20:1, 20:3, 20:9, 20:18, 21:10, 21:12
**must** [4] - 17:5, 17:6, 17:11, 17:15
**muster** [1] - 19:25

**N**

**Nadine** [2] - 1:23, 22:5
**NADINE** [1] - 22:18
**namely** [2] - 4:18, 17:3
**native** [1] - 8:7
**naturalized** [4] - 7:10, 8:9, 13:13, 14:13
**nature** [1] - 15:6
**necessary** [3] - 16:12, 16:24, 19:11
**need** [3] - 16:1, 18:9, 19:21
**needs** [1] - 6:21
**never** [1] - 10:12
**NO** [1] - 1:4
**non** [1] - 10:20
**non-violent** [1] - 10:20
**noncompliance** [1] - 16:21
**NORTHERN** [1] - 1:2
**note** [4] - 6:10, 6:15, 15:2, 15:15
**noted** [1] - 5:6
**notes** [1] - 15:23
**notice** [1] - 19:11
**Number** [1] - 2:11
**number** [3] - 4:17, 5:17, 6:23
**Numeral** [1] - 5:19

**O**

**object** [2] - 18:10, 18:11
**objection** [2] - 11:11, 18:15
**obligations** [1] - 6:18
**obtain** [1] - 15:10
**obviously** [1] - 10:19
**occasions** [1] - 10:4
**occurred** [1] - 5:16
**October** [1] - 22:14

**OF** [3] - 1:1, 1:3, 22:1
**offense** [14] - 4:11, 4:12, 4:13, 4:19, 4:23, 5:8, 5:15, 5:19, 10:9, 10:11, 15:6, 15:12, 15:18, 16:7
**offered** [1] - 12:23
**office** [1] - 17:19
**officer** [4] - 17:9, 17:13, 17:16, 17:18
**OFFICIAL** [2] - 22:1, 22:18
**Official** [1] - 1:23
**old** [3] - 9:25, 13:11, 14:11
**once** [1] - 10:6
**One** [3] - 4:7, 4:10, 16:13
**one** [7] - 5:3, 8:19, 9:19, 9:22, 13:14, 16:19, 19:19
**ongoing** [1] - 9:1
**open** [1] - 20:16
**opioid** [1] - 15:13
**opioids** [1] - 14:18
**opportunity** [8] - 3:9, 3:15, 3:20, 3:24, 4:3, 6:9, 13:20, 20:20
**order** [5] - 6:1, 11:8, 18:5, 18:7, 21:3
**organized** [1] - 4:23
**otherwise** [2] - 6:1, 20:25
**outcome** [1] - 18:11
**owed** [1] - 6:25
**Oxycodone** [1] - 9:8

**P**

**p.m** [2] - 2:2, 21:14
**page** [1] - 22:11
**pages** [1] - 7:8
**pain** [3] - 8:19, 8:22, 9:9
**pandemic** [1] - 2:4
**paperwork** [1] - 15:9
**part** [1] - 14:17
**partially** [1] - 8:21
**participate** [2] - 17:7, 17:11
**participation** [2] - 17:9, 17:14
**particular** [2] - 6:11, 8:5
**parties** [3] - 3:1, 3:3, 4:6
**pass** [1] - 19:24
**pattern** [2] - 7:16, 16:21
**pay** [3] - 17:3, 17:21,

20:7
**Pennsylvania** [4] - 11:16, 11:22, 11:23, 11:25
**Percocet** [1] - 9:8
**period** [4] - 7:11, 8:15, 8:16, 11:15
**person** [1] - 14:2
**personally** [1] - 10:15
**perspective** [1] - 21:10
**petroleum** [2] - 8:13, 13:6, 16:16
**phone** [1] - 6:23
**physical** [2] - 10:20, 14:19
**Plaintiff** [1] - 1:14
**plates** [1] - 5:12
**plating** [1] - 7:14
**plea** [6] - 6:4, 6:10, 8:3, 20:21, 20:23, 21:1
**pleasure** [1] - 2:16
**pled** [1] - 2:22
**point** [3] - 6:25, 12:2, 13:15
**pointed** [2] - 7:6, 16:3
**points** [3] - 5:10, 5:16, 5:17
**policies** [1] - 2:3
**policy** [1] - 6:3
**poor** [2] - 10:1, 15:13
**portion** [2] - 5:24, 6:7
**position** [1] - 2:5
**possession** [1] - 7:15
**practice** [1] - 18:18
**prepared** [2] - 21:3, 21:4
**present** [1] - 6:13
**Present** [1] - 1:19
**presentence** [5] - 3:9, 7:9, 15:23, 18:20, 18:21
**presents** [1] - 14:10
**pressure** [2] - 8:25, 14:20
**pretrial** [1] - 9:3
**prevent** [1] - 16:25
**previous** [2] - 15:15, 16:20
**previously** [2] - 2:22, 10:13
**Prisons** [7] - 9:12, 11:2, 11:18, 12:7, 12:14, 20:11, 21:7
**probation** [5] - 5:15, 17:8, 17:13, 17:16, 17:18
**problems** [2] - 9:6, 9:13

**procedure** [1] - 18:5
**proceed** [1] - 2:13
**proceeding** [3] - 5:25, 6:4, 20:23
**Proceeding** [1] - 21:14
**proceedings** [3] - 11:15, 12:3, 22:10
**process** [1] - 17:24
**productively** [1] - 21:9
**profited** [2] - 15:17
**program** [9] - 9:12, 11:10, 12:24, 17:7, 17:8, 17:9, 17:11, 17:12, 17:14
**Program** [1] - 16:16
**prohibited** [1] - 17:6
**property** [3] - 4:20, 4:21, 5:14
**proposed** [1] - 13:5
**proposition** [1] - 18:8
**protected** [1] - 10:24
**provide** [1] - 17:16
**provided** [2] - 3:25, 7:7
**provider** [3] - 17:10, 17:13, 17:14
**proximity** [1] - 12:20
**PSR** [3] - 8:14, 9:5, 11:6
**purposes** [2] - 2:21, 16:12
**pursuant** [9] - 2:3, 4:11, 4:13, 4:14, 4:16, 4:18, 4:21, 4:24, 22:8
**put** [7] - 11:24, 12:3, 12:5, 12:16, 13:1, 13:3, 18:17
**putting** [1] - 18:12

**Q**

**questionable** [1] - 14:19
**questions** [3] - 3:18, 7:22, 19:15

**R**

**raised** [2] - 18:2, 18:15
**raising** [1] - 5:17
**range** [6] - 5:22, 6:12, 16:7, 16:8, 16:9, 20:12
**rather** [3] - 12:20, 12:21
**RDAP** [4] - 9:12, 11:10, 12:23, 13:6

**re** [1] - 7:14
**re-plating** [1] - 7:14
**read** [6] - 18:4, 18:9, 18:22, 19:1, 19:19, 19:21
**reading** [1] - 18:14
**ready** [2] - 2:13, 14:7
**real** [1] - 15:21
**Realtime** [1] - 22:5
**reason** [1] - 8:21
**reasons** [2] - 8:20, 21:3
**recalling** [1] - 11:14
**receive** [2] - 4:23, 16:24
**received** [1] - 11:16
**receiving** [3] - 4:20, 4:21, 5:14
**recently** [2] - 9:7, 18:1
**recited** [1] - 9:4
**recognized** [1] - 18:21
**recommend** [6] - 9:11, 11:10, 13:5, 13:7, 16:15, 20:10
**recommendation** [8] - 8:4, 9:11, 11:2, 11:5, 12:6, 12:16, 13:1, 13:3
**recommendations** [2] - 10:25, 12:22
**record** [2] - 6:8, 18:17
**records** [2] - 21:4, 21:5
**reduces** [1] - 5:7
**refer** [1] - 9:19
**reference** [1] - 18:7
**referenced** [2] - 6:16, 13:2
**reflects** [3] - 10:10, 10:11, 11:6
**regard** [4] - 4:9, 6:13, 10:9, 11:1
**regarding** [1] - 6:18
**Registered** [1] - 22:6
**regrets** [1] - 10:2
**regulations** [3] - 17:8, 17:12, 22:11
**rehabilitate** [1] - 9:22
**rehabilitating** [1] - 10:5
**related** [2] - 14:18, 14:24
**relates** [1] - 7:13
**release** [11] - 3:4, 7:11, 7:18, 7:19, 10:23, 11:5, 16:18, 16:19, 17:2, 17:3, 17:17
**relief** [1] - 8:21
**remain** [4] - 2:5, 2:7,

5:25, 21:2
**remember** [1] - 11:17
**remorse** [1] - 15:2
**reoffending** [1] - 16:6
**repeat** [2] - 7:20, 9:5
**repeated** [2] - 7:12, 10:4
**repeating** [1] - 11:9
**report** [6] - 3:10, 3:16, 3:21, 7:9, 18:20, 18:21
**Reported** [1] - 1:22
**reported** [2] - 8:14, 22:9
**REPORTER** [2] - 22:1, 22:18
**Reporter** [3] - 1:23, 22:5, 22:6
**representing** [1] - 2:18
**request** [4] - 11:2, 11:3, 11:7, 12:3
**requested** [3] - 4:6, 9:23, 17:16
**requesting** [2] - 11:9, 12:10
**reserve** [1] - 20:25
**Residential** [1] - 16:15
**resolve** [1] - 12:15
**respect** [2] - 10:19, 10:25
**responding** [1] - 17:25
**responsibility** [4] - 5:2, 5:7, 13:11, 14:11
**responsible** [1] - 10:6
**restitution** [7] - 6:19, 6:21, 6:25, 7:2, 13:4, 17:21
**result** [4] - 2:4, 4:6, 5:19, 9:9
**resulted** [2] - 15:20
**review** [5] - 3:9, 3:21, 3:24, 4:3, 6:9
**reviewed** [2] - 3:21, 7:25
**reviewing** [2] - 3:25, 4:4
**Rights** [1] - 6:18
**rights** [1] - 20:25
**risk** [1] - 16:6
**RMR** [1] - 1:23, 22:18
**Roger** [1] - 1:20, 2:12, 13:25
**Rogers** [3] - 17:25, 18:8, 18:15
**role** [1] - 2:5
**rolling** [1] - 11:19
**Roman** [1] - 5:19

**rules** [2] - 17:8, 17:12
**run** [2] - 16:14, 16:19
**RUSSELL** [1] - 1:11

## S

**safety** [2] - 10:19, 10:20
**saving** [1] - 14:1
**scheme** [3] - 4:23, 15:7
**schemes** [2] - 7:14, 15:16
**school** [1] - 8:10
**sealed** [3] - 5:25, 6:7
**second** [1] - 11:3
**Security** [1] - 1:20
**security** [3] - 11:3, 11:4, 11:24
**see** [4] - 7:16, 10:17, 14:8, 19:25
**seek** [1] - 3:1
**seeking** [1] - 3:3
**self** [1] - 9:8
**self-medicated** [1] - 9:8
**selling** [1] - 4:21
**sentence** [17] - 4:5, 8:4, 10:7, 10:10, 10:12, 10:13, 10:18, 10:24, 11:16, 13:21, 14:2, 16:2, 16:9, 16:11, 20:12, 20:24
**SENTENCING** [1] - 1:9
**sentencing** [14] - 2:13, 2:21, 3:22, 5:22, 6:4, 6:10, 6:14, 7:21, 7:25, 9:19, 11:1, 20:13, 21:5
**Sentencing** [3] - 4:10, 4:14, 21:6
**serious** [4] - 8:18, 9:2, 15:7, 15:18
**seriousness** [2] - 10:9, 10:11
**served** [1] - 13:2
**serves** [1] - 10:7
**set** [2] - 16:12, 20:14
**several** [1] - 15:15
**shall** [2] - 2:4, 5:25
**share** [1] - 17:18
**ship** [1] - 15:8
**shipping** [1] - 15:10
**significant** [2] - 10:10, 16:2
**similar** [1] - 15:16
**speaker** [1] - 2:6
**speaking** [2] - 2:5, 4:3
**special** [3] - 17:2,

17:3, 20:5
**Special** [2] - 1:20, 2:12
**specific** [4] - 6:20, 10:12, 10:25, 18:2
**specifically** [3] - 10:22, 14:23, 18:17
**spent** [1] - 8:11
**standard** [8] - 17:1, 18:3, 18:6, 18:8, 18:13, 18:22, 19:2, 19:16
**standing** [3] - 18:5, 18:7, 18:11
**stands** [1] - 18:8
**start** [3] - 11:11, 12:4, 12:6
**state** [1] - 12:3
**statement** [1] - 21:3
**statements** [3] - 3:24, 6:17, 15:19
**STATES** [2] - 1:1, 1:3
**States** [16] - 1:15, 2:10, 2:11, 2:24, 3:1, 3:22, 4:10, 4:14, 8:8, 14:13, 16:13, 20:14, 21:6, 21:7, 22:6, 22:12
**status** [1] - 12:1
**stay** [1] - 12:20
**steady** [1] - 14:25
**steal** [2] - 4:23, 15:8
**stenographically** [1] - 22:9
**stenographically-reported** [1] - 22:9
**Stiers** [3] - 1:18, 2:18, 2:19
**Stolen** [1] - 2:25
**stolen** [6] - 4:20, 4:21, 4:24, 5:14, 7:14
**stop** [1] - 7:1
**stopped** [1] - 14:9
**Street** [1] - 1:24
**street** [1] - 14:1
**stress** [1] - 9:10
**strong** [1] - 9:15
**studies** [1] - 8:12
**submission** [1] - 9:19
**submit** [1] - 17:5
**submitted** [2] - 3:23, 6:17
**substance** [8] - 9:4, 9:13, 14:17, 15:4, 16:4, 17:5, 17:6, 17:7
**substantial** [1] - 10:10
**succumbed** [1] - 8:20
**suffer** [1] - 8:17
**suffered** [1] - 9:2

**suffering** [1] - 9:25
**suffers** [2] - 8:25, 14:19
**sufficient** [2] - 16:11, 19:11
**summary** [1] - 7:7
**supervise** [2] - 17:9, 17:14
**supervised** [9] - 3:4, 7:11, 7:18, 11:5, 16:18, 16:19, 17:1, 17:2
**supervision** [5] - 16:21, 16:24, 18:13, 19:16, 19:17
**system** [2] - 14:16, 14:23

## T

**ten** [1] - 4:18
**term** [4] - 3:2, 3:3, 16:18, 16:20
**terms** [2] - 8:6, 12:5
**testing** [1] - 17:5
**Texas** [1] - 12:22
**THE** [54] - 1:1, 1:1, 1:11, 2:3, 2:15, 2:19, 3:8, 3:11, 3:12, 3:14, 3:15, 3:17, 3:18, 3:19, 3:20, 5:6, 5:24, 6:7, 7:1, 7:4, 7:23, 11:11, 12:5, 12:12, 12:16, 12:25, 13:10, 13:16, 13:18, 13:24, 14:4, 14:5, 14:7, 18:18, 18:24, 18:25, 19:4, 19:6, 19:7, 19:9, 19:10, 19:15, 19:18, 19:19, 19:20, 19:21, 19:23, 19:24, 20:2, 20:4, 20:10, 20:19, 21:11, 21:13
**thefts** [1] - 15:21
**themselves** [1] - 15:19
**therefore** [1] - 18:6
**three** [4] - 7:11, 7:17, 16:18, 16:23
**three-year** [1] - 16:23
**Thursday** [1] - 1:7
**timely** [1] - 5:7
**timing** [1] - 11:17
**Title** [4] - 2:24, 3:1, 16:12, 20:14
**together** [1] - 4:11
**total** [3] - 5:1, 5:10, 5:17
**touch** [1] - 6:24
**training** [3] - 13:6, 16:5, 16:16

**transcript** [2] - 22:9, 22:11
**Transport** [1] - 1:23
**Transporting** [1] - 2:25
**treatment** [6] - 13:7, 16:4, 16:17, 17:7, 17:11, 17:13
**Treatment** [1] - 16:16
**true** [1] - 22:9
**try** [1] - 14:1
**trying** [1] - 11:17
**two** [9] - 4:18, 4:22, 4:24, 5:2, 5:16, 11:5, 12:8, 12:9, 14:8
**Two** [4] - 2:25, 4:7, 4:10, 16:14

## U

**U.S** [4] - 3:25, 7:10, 9:17, 17:19
**U.S.C** [1] - 22:8
**unauthorized** [1] - 5:12
**under** [1] - 6:18
**understood** [1] - 11:24
**undiagnosed** [1] - 14:20
**unfortunately** [1] - 8:24
**UNITED** [2] - 1:1, 1:3
**United** [16] - 1:15, 2:10, 2:11, 2:24, 3:1, 3:21, 4:10, 4:14, 8:8, 14:13, 16:13, 20:14, 21:6, 22:6, 22:12
**unlawful** [4] - 5:13, 10:23, 20:21, 20:25
**unless** [2] - 2:5, 7:21
**unregistered** [1] - 7:15
**untitled** [1] - 7:15
**up** [4] - 3:12, 6:20, 11:21, 12:2

## V

**variety** [1] - 8:17
**various** [1] - 6:24
**vehicle** [1] - 5:13
**vehicles** [3] - 4:24, 7:16, 15:8
**Vehicles** [2] - 2:23, 2:25
**versus** [1] - 2:10
**Victim** [1] - 6:18
**victim** [3] - 3:24, 6:16, 15:18

**victims** [4] - 4:17, 4:18, 6:25, 13:5
**violation** [2] - 2:24, 2:25
**violent** [1] - 10:20
**Virginia** [1] - 11:4
**virus** [1] - 15:25
**vocational** [3] - 13:6, 16:5, 16:16
**vs** [1] - 1:4

## W

**waived** [2] - 20:23, 21:1
**wants** [1] - 9:13
**ways** [1] - 9:21
**weight** [2] - 9:2, 14:20
**West** [1] - 11:4
**wholeheartedly** [1] - 19:7
**work-related** [1] - 14:18
**Worth** [1] - 12:17
**worth** [1] - 15:8

## Y

**year** [1] - 16:23
**years** [10] - 7:11, 7:17, 8:8, 8:21, 9:25, 11:6, 13:11, 14:11, 16:18, 18:19
**York** [1] - 11:16

## §

**§** [4] - 2:24, 16:13, 20:15, 22:8